ENTERED
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ MONREAL,    ) | Case No.  EDCV 07-1663 RNB |
| Plaintiff,    ) | **J U D G M E N T** |
| vs.    ) | |
| MICHAEL J. ASTRUE,    )<br>Commissioner of Social Security,    ) | |
| Defendant.    ) | |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: October 24, 2008

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE